■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOSEPH R., Respondent. [929 NYS2d 497]—

Now, upon the remittitur from the Court of Appeals, it is

Ordered that the appeal by the People is dismissed. Dickerson, J.P., Chambers, Hall and Lott, JJ., concur.